| | |
|---|---|
| 1  KEVIN V. RYAN (CSBN 118321)<br>United States Attorney | |
| 2 | |
| 3  EUMI L. CHOI (WVBN 0722)<br>Acting Chief, Criminal Division | **FILED**<br>JAN 2 4 2006 |
| 4  MONICA FERNANDEZ (CSBN 168216)<br>Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

1 KEVIN V. RYAN (CSBN 118321)
  United States Attorney

2

3 EUMI L. CHOI (WVBN 0722)
  Acting Chief, Criminal Division

4 MONICA FERNANDEZ (CSBN 168216)
  Assistant United States Attorney

5
  450 Golden Gate Avenue, Box 36055
6 San Francisco, California 94102-3495
  Telephone: (415) 436-7065
7 FAX: (415) 436-7234
  E-mail: Monica.L.Fernandez@usdoj.gov
8

9 Attorneys for Plaintiff

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15 UNITED STATES OF AMERICA,        )   No.: CR 04-0219-VRW
                                    )
16        Plaintiff,                )   STIPULATION TO CONTINUE
                                    )   SENTENCING DATE; [PROPOSED]
17    v.                            )   ORDER
                                    )
18 ROSARIO HAMPSCH,                 )   Date:  January 24, 2006
                                    )   Time:  10:30 a.m.
19        Defendant.                )
                                    )
20 _____  )

21        Pursuant to Criminal Local Rule 32-2, the parties hereby stipulate to continue the

22 sentencing hearing in the above case to April 11, 2006 at 10:30 a.m.

23        1. Good cause for the change in the sentencing date exists because defense counsel has

24 submitted a recent psychiatric evaluation of the defendant to the Probation Officer. This report

25 may affect the Probation Officer's final sentencing recommendation. The next available date that

26 is agreeable to the parties and the Court is April 11, 2006 at 10:30 a.m. Crim. L.R. 32-2(a)(1).

27        2. Government counsel has conferred with defense counsel, who is available on April 11,

28

STIPULATION TO CONTINUE SENTENCING DATE;
[PROPOSED] ORDER
No.: CR 04-0219-VRW

2006. Government counsel has left a voicemail message for the Probation Officer. Crim. L.R. 32-2(a)(2).

   3. Government counsel has conferred with the Courtroom Deputy Clerk, Cora Delfin, and confirmed that the Court is available on April 11, 2006. Crim. L.R. 32-2(a)(3).

IT IS SO STIPULATED.

DATED: 1/19/06

KEVIN V. RYAN
United States Attorney

*[signature]*
MONICA FERNANDEZ
Assistant United States Attorney

DATED: 1/19/06

*[signature]*
RONALD TYLER
Assistant Federal Public Defender
Counsel for Defendant

**ORDER**

For good cause, the Court HEREBY ORDERS that the sentencing hearing is continued to April 11, 2006 at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

*[signature]*
HONORABLE VAUGHN R. WALKER
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING DATE;
[PROPOSED] ORDER
No.: CR 04-0219-VRW                                    2